UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:20-CR-230 |
| | : | |
| v. | : | (Brann, J.) |
| | : | |
| ROCKWATER NORTHEAST LLC, | : | (electronically filed) |
| Defendant | : | |

## SUPPLEMENT TO PLEA AGREEMENT

1. On September 24, 2020, the parties filed a plea agreement in this matter. (Doc. 3). The agreement was executed on behalf of Rockwater Northeast LLC by corporate officer Holli C. Ladhani. The terms of that agreement require all modifications to be in writing, or on the record in court. *Id.* at ¶ 31.

2. In or about January 2021, Holli C. Ladhani ceased employment as a corporate officer of Rockwater Northeast LLC. Accordingly, the parties hereby submit a supplemental signature page for the plea agreement. All other terms of the plea agreement remain unchanged and in effect.

## ACKNOWLEDGMENTS

The defendant, ROCKWATER NORTHEAST LLC, through its authorized representative listed below, has consulted with its attorneys and fully understands all of its rights with respect to the offenses charged in the information. The authorized representative understands the plea agreement and this supplement, voluntarily agrees to it, and represents that ROCKWATER NORTHEAST LLC's decision to enter the agreement and this supplement was made in accordance with the terms of the corporation's charter and bylaws.

3/1/21
Date

ADAM R. LAW
Corporate Officer of Rockwater Northeast LLC, Defendant

I am the defendant's counsel. I have carefully reviewed every part of the plea agreement and this supplement with the defendant's corporate officer. To my knowledge, my client's decision to enter into this agreement is an informed and voluntary one.

1 MARCH 2021
Date

MARK A. FIORILLI, ESQ.
Counsel for Defendant

BRUCE D. BRANDLER
Acting United States Attorney

3/2/21
Date

By:

PHILLIP J. CARABALLO
SEAN A. CAMONI
Assistant United States Attorneys
PATRICIA C. MILLER
Special Assistant United States Attorney

2